ALEXANDER B. CVITAN (CSB 81746),
MARSHA HAMASAKI (CSB 102720), and
ANDREW L. BIRNBAUM (CSB 174912), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com; andyb@rac-law.com

Attorneys for Plaintiff Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>GILBERT AYALA & SONS, INC., a suspended California corporation,<br><br>          Defendant. | CASE NO.<br>EDCV 07-1167 SGL (JCRx)<br><br>[~~PROPOSED~~] ORDER TO SHOW CAUSE RE CONTEMPT<br><br>DATE:<br>TIME:<br>CTRM:          One |

Upon review of the Application of the Plaintiff ("TRUST FUNDS") seeking an order requiring Defendant GILBERT AYALA & SONS, INC., a suspended California corporation, through its President Daniel Ayala, to show cause why it should not be adjudged in civil contempt for failing and refusing to obey this Court's Interlocutory Order for An Audit entered on February 29, 2008, which requires it to produce its books and records to the TRUST FUNDS for an audit, and to cooperate in all respects therewith in

order for the TRUST FUNDS to accurately determine the total amount due by the Defendant to the TRUST FUNDS:

IT IS HEREBY ORDERED THAT:

1. GILBERT AYALA & SONS, INC., a suspended California corporation, through its President Daniel Ayala, are ordered to appear before the above-entitled Court on June 16, 2008, at 10:00 a.m., in Courtroom 1 of the United States District Courthouse, located at 3470 Twelfth Street, Riverside, California, 92501, and show cause, if any, why an order should not be entered adjudging them guilty of failing and refusing to obey this Court's Interlocutory Order for An Audit.

2. Service of a copy of this Order and of the Application upon which this Order is based shall be made by mail to Defendant at least 15 days prior to the hearing.

3. If Defendant chooses to file papers in opposition to the Order to Show Cause Re Contempt, it must do so no later than 7 days before the hearing.

DATED: 6/4/08

_____
HON. STEPHEN G. LARSON,
Judge of the United States District
Court Central District of California

PRESENTED BY:

REICH, ADELL & CVITAN
A Professional Law Corporation

By: _____
ANDREW L. BIRNBAUM
Attorneys for Plaintiff

-2-

#157471 v1 - [Proposed] OSC RE CONTEMPT.wpd