ALEXANDER B. CVITAN (CSB 81746),
MARSHA HAMASAKI (CSB 102720), and
ANDREW L. BIRNBAUM (CSB 174912), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860
Facsimile: (2l3) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com; andyb@rac-law.com

Attorneys for Plaintiff Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>             Plaintiff,<br><br>      vs.<br><br>GILBERT AYALA & SONS, INC., a suspended California corporation,<br><br>             Defendant. | CASE NO. EDCV 07-01167 SGL (JCRx)<br><br>ORDER RE CONTEMPT<br><br>DATE:   June 16, 2008<br>TIME:   10:00 a.m.<br>CTRM:   One<br>JUDGE:   Stephen G. Larson |

The hearing on the Order to Show Cause re Contempt pursuant to Application of Plaintiff, Construction Laborers Trust Funds for Southern California Administrative Company (Trust Funds) against Defendant GILBERT AYALA & SONS, INC., a suspended California corporation, and its corporate president, Daniel Ayala, for his failure and refusal to obey this Court's Interlocutory Order for an Audit, came on regularly for hearing on June 16, 2008, Reich, Adell & Cvitan, by Marsha Hamsaki appearing for Plaintiff, and no appearance by Defendant, or Daniel

-1-

Ayala.

After considering the Application by Plaintiff for the Order to Show Cause re Contempt and proofs of service of the Interlocutory Order and Order to Show Cause re Contempt on Defendant and Daniel Ayala, and upon argument presented, the Defendant and Daniel Ayala are hereby found in CIVIL CONTEMPT of this Court by clear and convincing evidence for failing to comply with the Court's Interlocutory Order;

IT IS THEREFORE ORDERED that Defendant and Daniel Ayala:

1) Comply with the Court's Interlocutory Orders and provide for an audit to Plaintiff as Ordered within seven (7) days of service of this Order.

2) If Defendant and Daniel Ayala fail to comply with the Interlocutory Orders within seven (7) days of service of this Court's Order, Daniel Ayala will be fined $1,000 per day until he achieves compliance with this Court's Interlocutory Orders.

Plaintiff shall notify the Courtroom Deputy Clerk of such noncompliance.

DATED: June 16, 2008

_____
HON. STEPHEN G. LARSON, Judge of the
United States District Court
Central District of California

PRESENTED BY:

REICH, ADELL & CVITAN
A Professional Law Corporation

By:_____
  ANDREW L. BIRNBAUM
  Attorneys for Plaintiff

-2-

ED07CV01167SGL_O.wpd