ALEXANDER B. CVITAN (CSB 81746),
MARSHA M. HAMASAKI (CSB 102720), and
ANDREW L. BIRNBAUM (CSB 174912), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (2l3) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com; andyb@rac-law.com

Attorneys for Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company, LLC

O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT AYALA & SONS, INC., a suspended California corporation,<br><br>Defendant. | CASE NO.<br>EDCV 07-1167 SGL (JCRx)<br><br>ORDER RE DEFENDANT'S ALLEGED FAILURE TO COMPLY WITH COURT'S ORDER RE CONTEMPT |

The Court has reviewed the Declaration of Andrew L. Birnbaum Regarding Defendant's Failure to Comply with the Court's Order re Contempt regarding the continued failure of Defendant GILBERT AYALA & SONS, INC., a suspended California corporation, and its corporate president, Daniel Ayala, to obey this Court's

///

-1-

1  ///

2

3  Interlocutory Order for an Audit, and good cause appearing,

4  IT IS THEREFORE ORDERED that Defendant and Daniel Ayala:

5     Are ORDERED to personally appear before this Court on **Monday,**

6  **September 22, 2008, at 10:00 a.m.** to answer the allegations set

7  forth in the Declaration of Andrew L. Birnbaum.  Daniel Ayala is

8  advised that, if he fails to appear, a bench warrant will be

9  issued to the United States Marshal for his arrest.  Counsel for

10 defendants <u>and</u> the Courtroom Deputy are directed to provide notice

11 to Defendant and Daniel Ayala.

12

13

14 DATED: September 17, 2008

15

16                                    _____
                                       HON. STEPHEN G. LARSON, Judge of the
                                       United States District Court
17                                    Central District of California

18

19

20

21

22

23

24
   PRESENTED BY:
25
   REICH, ADELL & CVITAN
26 A Professional Law Corporation

27
   By:_____/S/_____
28    ANDREW L. BIRNBAUM

-2-

| | |
|---|---|
| 1 | Attorneys for Plaintiff |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-3-